**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FEB 22 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-10179 |
| Plaintiff-Appellee, | D.C. No. 2:11-cr-00119-WBS-1 |
| v. | |
| ROBERT HANRAHAN, AKA Bubba, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
William B. Shubb, District Judge, Presiding

Submitted February 15, 2022[**]

Before:     FERNANDEZ, TASHIMA, and FRIEDLAND, Circuit Judges.

Robert Hanrahan appeals pro se from the district court's order denying his motion to clarify the amended judgment. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Hanrahan does not dispute that the amended judgment reduced his federal sentence by the time he served on his state sentence to effectuate the district court's intent to run the two sentences concurrently. However, he argues that the district court should have further clarified the sentence by adding a citation to U.S.S.G. § 5G1.3(b) in the judgment. As the district court explained, the amended judgment accurately reflects the sentence it intended to impose. Adding a citation to § 5G1.3(b) would not have provided any additional clarification and the district court properly denied Hanrahan's motion.

**AFFIRMED.**